UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MYRON MANIER,<br><br>        Plaintiff,<br><br>  vs.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS and WALLA WALLA GRIEVANCE COORDINATOR "AMY,"<br><br>        Defendants. | NO.  CV-06-5081-LRS<br><br>ORDER DISMISSING COMPLAINT WITH PREJUDICE<br><br>**1915(g)** |

    By Order filed February 2, 2007, the court advised Plaintiff of the deficiencies of his complaint and directed him to amend or voluntarily dismiss within sixty (60) days.  Plaintiff, a prisoner at the Washington State Penitentiary, is proceeding *pro se* and *in forma pauperis*; Defendants have not been served.  Although granted the opportunity to amend to state a claim upon which relief may be granted, Plaintiff has failed to do so.

    Plaintiff named two Defendants.  Because an inmate has no due process rights regarding the proper handling of grievances, *see Mann v. Adams*, 855 F.2d 639, 640 (9th Cir. 1988) and *Sandin v. Conner*, 515 U.S. 472, 484 (1995), Plaintiff cannot state a claim against Defendant "Amy" for failure to properly process his kites and grievances.

ORDER DISMISSING COMPLAINT WITH PREJUDICE -- 1

Furthermore, "arms of the State" such as the Department of Corrections are not "persons" amenable to suit under 42 U.S.C. § 1983. *Will v. Michigan Dept. of State Police*, 491 U.S. 58, 70 (1989). Therefore, **IT IS ORDERED** the complaint is **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2).

Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). <u>**Plaintiff is advised to read the new statutory provisions under 28 U.S.C. § 1915. This dismissal of Plaintiff's complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims**</u>.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address, enter judgment, and close the file. The District Court Executive is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Criminal Justice Division.

**DATED** this   26th   day of April, 2007.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT WITH PREJUDICE -- 2