AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Manier

v.

Washington State Department of Corrections, et al

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 06-CV-5081-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED   The Complaint is DISMISSED with Prejudice 1915(g) for failure to state a claim upon which relief may be granted.

04/26/07
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson